# LAW OFFICES OF WILLIAM M. McCARTHY

ATTORNEYS AND COUNSELORS AT LAW
60 SOUTH SWAN STREET
ALBANY, NY 12210
TELEPHONE (518) 434-6141
FACSIMILE (518) 434-6140
Email: william.mccarthy@7trustee.net

October 11, 2011

U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, NY 12207

Attention: Clerk

RE: Bankruptcy Estate of **Prize Construction, Inc.**
Case No. **10-11257** - Chapter 7

Dear Clerk:

Enclosed please find Trustee's check number 113 in the sum of $1.98 which represents the following dividend(s) under the $5.00 limit on the above captioned case:

Claim #3 filed by National Grid, 300 Erie Boulevard West, Syracuse, NY 13202-4250 (filed amount $139.13 - dividend $0.52)

Claim #4 filed by Day Timers, Inc., P.O. Box 27001, Lehigh Valley, PA 18002-7001 (filed amount $37.74 - dividend $0.14)

Claim #10 filed by American Express Bank, FSB, c/o Becket & Lee, LLP, POB 3001, Malvern, PA 19355-0701 (filed amount $355.93 - dividend $1.32)

Thank you.

Very truly yours,

William M. McCarthy

WMM/dvo
Enc.